IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ZACK MORRIS, KRYSTINA MORRIS, ON BEHALF OF JOHN MORRIS, | ) ) ) | CIVIL NO. 10-00397 SOM-LEK |
| | ) | ORDER ADOPTING |
| Plaintiffs, | ) | MAGISTRATE'S FINDING AND |
| | ) | RECOMMENDATION THAT |
| vs. | ) | CASE BE DISMISSED WITHOUT |
| | ) | PREJUDICE |
| STATE OF HAWAII, SECTION | ) | |
| ADMINISTRATOR ELLADINE | ) | |
| OLEVAO, SOCIAL WORKER | ) | |
| DEIRDRE LIND, AND SOCIAL | ) | |
| WORKER KELLEY ANDRADE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on November 26, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 15, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

ZACK MORRIS, KRYSTINA MORRIS, ON BEHALF OF JOHN MORRIS v.
STATE OF HAWAII, SECTION  ADMINISTRATOR ELLADINE OLEVAO,
SOCIAL WORKER DEIRDRE LIND, AND SOCIAL WORKER KELLEY
ANDRADE; CIVIL NO. 10-00397 SOM-LEK
ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION
THAT CASE BE DISMISSED WITHOUT PREJUDICE